UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-03053-SVW/2:87-cr-571-SVW-9 | Date | February 27, 2024 |
|---|---|---|---|
| Title | James H. Holiday v. United States of America | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS re MOTION PURSUANT TO 28 U.S.C. 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

The Court HEREBY DENIES Petitioner's Motion pursuant to 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence [2850] for the reasons set forth in the Government's MOTION to Dismiss DEFENDANT-PETITIONERS MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 filed by Respondent [7].

:

Initials of Preparer